Michael G. Marderosian (Bar No. 077296)
Heather S. Cohen (Bar No. 263093)
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Plaintiffs TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA
(Western Division – Los Angeles)

| | |
|---|---|
| TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN, ARON M. MARDEROSIAN, <br><br> Plaintiffs, <br><br> v. <br><br> DISCOVERY INC., DISCOVERY COMMUNICATIONS, LLC, DOES 1 - 10, inclusive, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs TWELVE SIXTY LLC, ROBERT J. MARDEROSIAN and ARON M. MARDEROSIAN (collectively, "Plaintiffs") allege as follows:

**PRELIMINARY STATEMENT**

1. Plaintiffs bring this action seeking to put an immediate stop to, and to obtain redress for, Defendants' blatant and purposeful infringement of the copyright in Plaintiffs' musical composition entitled "House of the Rising Sun."

2. Plaintiffs Robert J. Marderosian and Aron M. Marderosian are two brothers who have worked together for almost 30 years to develop their business, Plaintiff Twelve Sixty LLC, which provides original musical compositions and productions for use in television, motion pictures, film trailers, film soundtracks,

1  product commercials and video games.  Plaintiffs ROBERT J. MARDEROSIAN and
2  ARON M. MARDEROSIAN are musical artists and performers, professionally known
3  as "Heavy Young Heathens."  As Heavy Young Heathens, the Plaintiffs have written
4  and recorded music for many premiere entertainment clients including major movie
5  studios, networks and advertisers around the world.

6      3.    Among many other commercial uses of Plaintiffs' musical recordings,
7  Plaintiffs have had their work featured in such recent theatrical motion pictures as
8  *Rules Don't Apply*, *Masterminds* and *Supermensch*, as well as prominent trailers for
9  the motion pictures *The Magnificent Seven*, *Deadpool*, *The Amazing Spider-Man* and
10 *The Expendables*.

11     4.    Plaintiffs' music has additionally been used in numerous television
12 programs such as *The Simpsons*, *CSI*, *Lucifer*, *Jersey Shore*, *Punk'd* and *ESPN's 30 for*
13 *30*, and commercials for Starbucks, Chrysler, Dodge, Ford, Bacardi, Adidas and Red
14 Bull.

15     5.    Plaintiffs arranged and produced a master recording of the musical
16 composition "House of the Rising Sun", which is a traditional song.  The arrangement
17 and production was the subject of a copyright registration by Plaintiff Aron
18 Marderosian and Plaintiff Robert Marderosian.

19     6.    Recognizing Plaintiffs' popularity, talent and goodwill, and in a brazen
20 and improper effort to capitalize on Plaintiffs' hard-earned success, Defendants have
21 created and publicized (or caused to be created and publicized) commercial
22 advertisements and other media which prominently features significant portions of
23 Plaintiffs' musical composition "House of the Rising Sun" without authorization from
24 Plaintiffs.

25     7.    Defendants' conduct is causing, and unless immediately enjoined will
26 continue to cause, enormous and irreparable harm to Plaintiffs.  Defendants may not
27 continue to exploit Plaintiffs' musical composition without authorization in order to
28 advertise or promote their products to the public.  Defendants' conduct must

immediately be stopped and Plaintiffs must be compensated for Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

8. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, *et seq*.

9. This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendant has caused injury to Plaintiffs and their intellectual property within the State of California and in this judicial district.

11. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or § 1400(a).

## THE PARTIES

12. Plaintiff TWELVE SIXTY LLC ("hereinafter referred to as "Twelve Sixty") is, and at all times relevant hereto was, a California Limited Liability company doing business in the County of Los Angeles County, State of California.

13. Plaintiff ARON M. MARDEROSIAN is an individual who resides and works in the County of Los Angeles in the State of California.

14. Plaintiff ROBERT J. MARDEROSIAN is an individual who resides and works in the County of Los Angeles in the State of California.

15. Defendant DISCOVERY INC. is an American mass media company based in Silver Springs, Maryland but doing business in the State of California.

16. Defendant DISCOVERY COMMUNICATIONS LLC is a media oulet based in Silver Springs, Maryland with its principal place of business in New York, NY, but doing business in the State of California.

///

17. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants sued herein as Does 1-10, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names ("Doe Defendant"). Plaintiffs will seek leave of Court to amend this Complaint to state their true names and capacities when they have been ascertained. Plaintiffs are informed and believe and on that basis allege that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth.

18. On information and belief, the Defendants and each of them, were the agents, employees, affiliates and/or engaged in a joint venture with each of the remaining Defendants, and were at all times acting within the purpose of said agency and employment, and each defendant has ratified and approved the acts of its agents.

## GENERAL ALLEGATIONS

19. Plaintiffs are the creators and owners of the master sound recording "House of the Rising Sun." Plaintiffs own the rights and title to the copyright in the sound recording "House of the Rising Sun" (the "Infringed Composition") as creators and owners.

20. Plaintiffs filed an application for copyright registration with the United States Copyright Office for the musical composition "House of the Rising Sun" and the song was registered on May 31, 2016, under SR 785-194. A true and correct copy of the registration is attached hereto as Exhibit A.

21. At all times herein, Defendants Discovery Inc. and Discovery Communications LLC owned and controlled Eurosport as a source of media distribution which constitutes control over the infringement which is the subject of this Complaint.

22. In or around February 2018, it came to Plaintiffs' attention that the Defendants with knowledge and consent allowed Eurosport to use and infringe upon Plaintiffs' copyright and conspired with it in continuing to use the Infringed Composition without Plaintiffs' authorization or license.

23. Defendants do not have any license, authorization, permission or consent to use the Infringed Composition.

24. In fact, in February and March of 2018, and multiple times thereafter, Plaintiffs' counsel provided written notice to Defendants' counsel that the use of the Infringed Composition by Defendants constituted infringement of Plaintiffs' rights and demanded that Defendants immediately cease and desist from any further use of the Infringed Composition. Plaintiffs are entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the Infringed Composition for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Plaintiffs' rights.

## COUNT 1

## COPYRIGHT INFRINGEMENT

## (17 U.S.C. §§ 106 and 501)

25. Plaintiffs incorporate herein by this reference each and every allegation contained in paragraphs 1 through 24, inclusive.

26. Through their conduct alleged herein, Defendants have infringed Plaintiffs' copyright in the Infringed Composition in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

27. Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

28. As a direct and proximate result of said infringement by Defendants and each of them, Plaintiffs are entitled to damages in an amount to be proven at trial.

29. Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

30. Alternatively, Plaintiffs are entitled to maximum statutory damages pursuant to 17 U.S.C. § 504(c) for each act of copyright infringement.

///

31. Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

32. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. Plaintiffs are informed and believe and on that basis allege that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition. Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringement conduct.

## COUNT 2

## CIVIL CONSPIRACY

33. Plaintiffs repeat, reallege, and incorporate by reference each and every allegation contained in Paragraphs 1 through 32, inclusive, as though fully set forth herein.

34. Defendants conspired with one another and/or with their agents, subsidiaries and affiliates to wrongfully exploit Twelve Sixty's Master sound recording, "House of the Rising Sun" without having to fairly or properly compensate Twelve Sixty for the exploitation.

35. Defendants authorized, understood, and enabled, one another to exploit Twelve Sixty's Master without paying Twelve Sixty any money for this exploitation.

36. On information and belief, Defendants have benefitted from the illegal exploitation of Plaintiffs' song which were not authorized or permitted.

37. Defendants have not paid Plaintiffs any money whatsoever for these exploitations of their song and Plaintiffs have been significantly damaged as a result of this scheme between Defendants and its co-conspirators.

38. The conduct of Defendants as described herein is wilful, wanton, malicious, fraudulent, and oppressive such that Twelve Sixty is entitled to punitive damages.

**PRAYER**

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1. For damages in such amount as may be found, or as otherwise permitted by law;

2. For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to their infringements of Plaintiffs' copyright in the Infringed Composition;

3. For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyright in the Infringed Composition;

5. For actual copyright infringement damages and Defendants' profits or statutory damages in an amount to be determined at trial;

6. For interest on the above-requested damages and profits at the maximum legal rate as provided by law;

7. For prejudgment interest according to law;

8. For Plaintiffs' attorneys' fees, costs, and disbursements in this action; and

9. For such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury.

Dated:  March 20, 2018                MARDEROSIAN & COHEN

By: */s/ Michael G. Marderosian*
Michael G. Marderosian,
Attorneys for Plaintiffs

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**SR 785-194**

Effective Date of Registration:
May 31, 2010

## Title

        Title of Work:  House Of The Rising Sun

## Completion/Publication

      Year of Completion:  2013
  Date of 1st Publication:  December 05, 2013
Nation of 1st Publication:  United States

## Author

-              Author:  Robert Jacob Marderosian
     Author Created:  sound recording
  Work made for hire:  No
          Citizen of:  United States
       Domiciled in:  United States

-              Author:  Aron Michael Marderosian
     Author Created:  sound recording
  Work made for hire:  No
          Citizen of:  United States
       Domiciled in:  United States

## Copyright Claimant

  Copyright Claimant:  Robert Jacob Marderosian
                          P.O. Box 6470, Malibu, CA, 90264, United States

  Copyright Claimant:  Aron Michael Marderosian
                          P.O. Box 6470, Malibu, CA, 90264, United States

## Limitation of copyright claim

  Material excluded from this claim:  sound recording

  New material included in claim:  sound recording

## Rights and Permissions

Name: Robert Jacob Marderosian
Email: heavyyoungheathens@gmail.com
Telephone: (310)457-0133
Address: P.O. Box 6470
Malibu, CA 90264 United States

## Certification

Name: Robert Jacob Marderosian
Date: May 31, 2016